THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ernest Bolin, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge
Opinion No. 2007-MO-048
Submitted June 20, 2007  July 9, 2007   
DISMISSED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Robert L. Brown, all of Columbia, for petitioner.
 Appellate Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for respondent.
 
 
 

PER CURIAM:  We granted this petition for a writ of certiorari to review the post-conviction relief courts decision.  After careful consideration, we now dismiss certiorari as improvidently granted.
DISMISSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.